✓#109 #128208

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
Western DIVISION

FILED
2010 JAN -7 PM 2:43

CLERK, US
BANKRUPTCY COURT
TOLEDO, OHIO

In the matter of:

CLARK, WAYNE A.
CLARK, RUTH

Debtors.

Case No. 05-76731

Chapter 7

Judge RICHARD L. SPEER

UNCLAIMED DIVIDEND

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3011, BRUCE COMLY FRENCH, Chapter 7 Trustee in the above captioned proceeding, has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No _109_ in the amount of $43.11 representing unclaimed dividend.

The unclaimed dividend relates to the following claimant:

| **Claimant** | **Amount** |
|---|---|
| Marion Regional Imaging<br>1050 Delaware Ave<br>Marion, OH 43302 | $43.11 |

Unclaimed Check No. 108
Issued 09/24/2009

Total: $ 43.11

/s/ BRUCE COMLY FRENCH
BRUCE COMLY FRENCH, Trustee, Reg. No. 0005298
PO BOX 839
LIMA, OH 45802-0839
Telephone: (419) 222-9134
Facsimile: (419) 222-9437